**ANDERSON LAW PLLC**
48 NORTH MACDONALD
MESA, ARIZONA 85201
TELEPHONE (480) 272-5983
adam@acandersonlaw.com

Adam C. Anderson/024314
Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA
### PHOENIX DIVISION

| | |
|---|---|
| **KATHY GANTT,** | |
| Plaintiff, | CV 12-01516-PHX-JAT |
| v. | |
| **J. A. CAMBECE LAW OFFICE, P.C.,** | |
| **Defendant.** | |

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE
### PURSUANT TO SETTLEMENT

   NOW COMES the Plaintiff, KATHY GANTT, by and through her attorneys, ANDERSON LAW PLLC, and for her Notice of Voluntary Dismissal, Plaintiff states as follows:

   1.   Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby notifies this Honorable Court that Plaintiff voluntarily dismisses her case pursuant to a settlement agreement reached by the parties.

2. Defendant in this case has not filed an answer to Plaintiff's complaint, a motion to dismiss Plaintiff's complaint, or a motion for summary judgment.

3. Plaintiff requests that this case be dismissed with prejudice and without costs to any party, all costs having been paid and all matters in controversy for which this action was brought having been fully settled, compromised and adjourned.

Respectfully Submitted,

By:   s/ Adam C. Anderson

**Adam C. Anderson**

**Attorney for Plaintiff,**

**KATHY GANTT**

Dated: September 17, 2012

Adam C. Anderson
**ANDERSON LAW PLLC**
48 NORTH MACDONALD
MESA, ARIZONA  85201
TELEPHONE (480) 272-5983
adam@acandersonlaw.com

Dismissal

**CERTIFICATE OF SERVICE**

I hereby certify that on 1 August 2012, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing.

s/ Adam C. Anderson

Dismissal